UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Monko Navy Yark, LLC*

    *Plaintiff*

        vs.        Case No.: 1:25-cv-01067-PLF

*Sok C. Reed*

    *Defendant*

## AFFIDAVIT OF SERVICE

I, Abel Emiru, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Notice of Right to Consent to Trial Before A United States Magistrate Judge, Certificate Rule LCvR 26.1, and Complaint in the above entitled case.

That on 04/14/2025 at 05:20 PM, I personally served Sok C. Reed with the Summons, Civil Cover Sheet, Notice of Right to Consent to Trial Before A United States Magistrate Judge, Certificate Rule LCvR 26.1, and Complaint at 2500 Massey Court, Alexandria, Virginia 22303.

Sok C. Reed is described herein as:

Gender: Female   Ethnicity: Asian American   Age: 60   Weight: 180   Height: 5'2"   Hair: Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 04/15/2025

*Abel Emiru*

*Client Ref Number: N/A*
*Job #:13089725*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*